377 A.2d 194

Elvington Appeal.

Submitted June 22, 1976. Edward F. Browne, Jr., Assistant Public Defender, for appellant; Gary G. Krafft and Louise G. Herr, Assistant District Attorneys, for appellee.

Order affirmed.

377 A.2d 195

Gray Appeal.

Submitted June 22, 1976. Edward F. Browne, Jr., Assistant Public Defender, for appellant; Gary G. Krafft and Louise G. Herr, Assistant District Attorneys, for appellee.

Order affirmed.